IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-cv-00525-GCM

DAVID WAYNE MOORE and LINDA LOCKHART,

    Plaintiff,

v.

CITY OF CHARLOTTE,

    Defendant.

**AMENDED ORDER**

**THIS MATTER** is before the Court on the parties' Third Joint Motion to Amend Pretrial Order and Case Management Plan (Doc. 41). Having considered the motion and reviewed the pleadings, the Court enters the following Order:

**ORDER**

**IT IS, THEREFORE, ORDERED,** that the Third Joint Motion to Amend Pretrial Order and Case Management Plan (Doc. 41) is **GRANTED**; and the deadlines are extended as follows:

1. Completion of Discovery – October 4, 2022;

2. Completion of Mediation – October 13, 2022;

3. Dispositive Motions – November 21, 2022; and

4. Ready for Jury Trial – March 13, 2023.

Signed: June 27, 2022

Graham C. Mullen
United States District Judge